UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60196-CR-COHN/SELTZER
21 U.S.C. § 841 (a)(1)

UNITED STATES OF AMERICA

v.

HECTOR MANUEL GARCIA,
a/k/a "Hemo"

    Defendant.
_____/

FILED by _____ D.C.

AUG 21 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 17, 2011, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HECTOR MANUEL GARCIA,
a/k/a "Hemo"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

### COUNT 2

On or about August 22, 2011, in Broward County, in the Southern District of Florida, the defendant,

**HECTOR MANUEL GARCIA,
a/k/a "Hemo"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

A TRUE ~~BILL~~

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NO. _____

v.

HECTOR MANUEL GARCIA,                   **CERTIFICATE OF TRIAL ATTORNEY***
a/k/a "Hemo"

_____ Defendant /   Indictment Case Information:

**Court Division**: (Select One)          New Defendant(s)         Yes _____ No _____
                                          Number of New Defendants _____
___ Miami      ___ Key West               Total number of counts   _____
 x  FTL        ___ WPB     ___ FTP

   I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect _____

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days       X         Petty       ___
   II   6 to 10 days     ___        Minor       ___
   III  11 to 20 days    ___        Misdem.     ___
   IV   21 to 60 days    ___        Felony       X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____       Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    ~~No~~

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      ___ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     ___ Yes   X  No

                                          _____
                                          RUSSELL R. KILLINGER
                                          ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

                                                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. _____

Defendant's Name:   HECTOR MANUEL GARCIA, a/k/a "Hemo"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 & 2 | Possession with intent to distribute cocaine | 21:841(a)(1) | 20 years imprisonment; $1 million fine; 3 years up to life supervised release; & $100 Special Assessment |